# ELECTRONIC RECORD

COA #   07-13-00054-CR          OFFENSE:  22.02

STYLE:  Anthony Alonso Flores v. The State of Texas          COUNTY:  Castro

COA DISPOSITION:   Affirmed          TRIAL COURT:  64th District Court

DATE: 10/13/2014          Publish: No   TC CASE #:   A3410-1206

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Anthony Alonso Flores v. The State of Texas          CCA #:  1582-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: __02/25/2015__          SIGNED: _____   PC: _____

JUDGE: __Per Curiam__          PUBLISH: _____   DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**